P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401603 JUL. 31. 2015

**RETURN TO SENDER**
**NEED FULL NAME, SPN#, AND**
**CELLBLOCK # TO IDENTIFY INMATE**

RE: WR-82,242-01

JEVANTE TREVION MITCHELL-SMITH

